IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **RICK HUSSEL** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ALLY FINANCIAL, INC. d/b/a ALLY** )<br>**FINANCIAL, EXETER FINANCE LLC,** )<br>**EQUIFAX INFORMATION SERVICES, LLC,** )<br>**and EXPERIAN INFORMATION SOLUTIONS,** )<br>**INC.** )<br>)<br>**Defendants.** )<br>) | **CIVIL ACTION NO.**<br>**4:18-cv-48-JHM** |

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of counsel for the Plaintiff Rick Hussel ("Plaintiff") and Defendant Exeter Finance LLC ("Exeter"), that the claims against Exeter should be dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS THEREFORE ORDERED**, that all of Plaintiff's causes of action against Exeter in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. This Order does not affect Plaintiff's claims against any other Defendant.

*Joseph H. McKinley*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

August 21, 2018

32230119 v1


TENDERED BY:

*/s/ David W. Hemminger (*with permission*)*
David W. Hemminger
Hemminger Law Office
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Telephone: (502) 443-1060
Email: hemmingerlawoffice@gmail.com

Attorney for Plaintiff
RICK HUSSEL


*/s/ Reid S. Manley*
Reid S. Manley
Ky. Bar No. 90360
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: rmanley@burrc.com

Attorney for Defendant
EXETER FINANCE LLC