IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| RICK HUSSEL, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 4:18-cv-00048-JHM-HBB |
| ALLY FINANCIAL, INC., et al., | ) |
| Defendants. | ) |

**AGREED ORDER OF DISMISSAL**

Upon agreement of the Plaintiff, Rick Hussel, and the Defendant, Experian Information Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian Information Solutions, Inc., are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

/s/ *David W. Hemminger*
David W. Hemminger
Hemminger Law Office, P.S.C.
331 Townepark Circle Suite 100-C
Louisville, KY 40243
*Attorney for Plaintiff Rick Hussel*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

September 24, 2018

/s/ *Thanh-Thuy T. Luong (with permission)*
Thanh-Thuy T. Luong
Jones Day - Irvine
3161 Michelson Drive, Suite 800
Irvine, CA 92612
949-851-3939
Fax: 949-553-7539
Email: tluong@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc.*