IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(*ELECTRONICALLY FILED*)

| | |
|---|---|
| RICK HUSSEL | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  **Civil Action No. 4:18-cv-00048-JHM** |
| ALLY FINANCIAL INC., d/b/a | : |
| ALLY FINANCIAL, et al. | : |
| | : |
| Defendants. | : |

## AGREED ORDER OF DISMISSAL

Plaintiff, RICK HUSSEL, and Defendant, ALLY FINANCIAL INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree to dismiss this case, with prejudice, both sides to bear their own fees and costs.

*[signature]*
Joseph H. McKinley Jr., District Judge
United States District Court

November 29, 2018

Dated: November 28, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ David W. Hemminger | /s/Jonathan M. Kenney |
| David W. Hemminger | Jonathan M. Kenney |
| Hemminger Law Office, P.S.C. | KY Bar No. 95661 |
| 331 Townepark Circle, Suite 100-C | TROUTMAN SANDERS LLP |
| Louisville, Kentucky 40243 | 222 Central Park Avenue, Suite 2000 |
| Telephone: (502) 443-1060 | Virginia Beach, Virginia 23462 |
| E-mail: hemmingerlawoffice@gmail.com | Telephone: (757) 687-7529 |
| | Facsimile: (757) 687-1504 |
| | E-mail: jon.kenney@troutman.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |